# IN THE SUPREME COURT OF THE STATE OF NEVADA

KRISTIAN HEINZ WALTERS,
     Appellant,

vs.

THE STATE OF NEVADA,
     Respondent.

No. 75243

FILED

SEP 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a direct appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a postconviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

Given this dismissal, we take no action on the motion filed on August 23, 2018.

18-35441

cc: Hon. Elliott A. Sattler, District Judge
Tanner Law & Strategy Group, Ltd.
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk